UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARIELLE BEACHY, *on behalf of herself and others similarly situated*,<br><br>                                  Plaintiff,<br><br>                  -v.-<br><br>TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.,<br><br>                                  Defendant. | 22 Civ. 7572 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On January 3, 2023, the Court was informed that the parties have reached a settlement in this case. (Dkt. #18). Accordingly, the parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before **February 1, 2023**, for this Court's review in accordance with the FLSA and Second Circuit law. *See, e.g., Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015). The Clerk of Court is directed to terminate all pending motions and adjourn all remaining dates.

SO ORDERED.

Dated:  January 4, 2023
           New York, New York

                                                                KATHERINE POLK FAILLA
                                                                United States District Judge