UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Arielle Beachy, on behalf of herself and others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>TransPerfect Translations International, Inc.,<br><br>      Defendant. | Case No.: 1:22-cv-07572 (KPF) |

**ORDER GRANTING FLSA SETTLEMENT APPROVAL AND DISMISSAL WITH PREJUDICE**

Before the Court is the parties' motion to approve the proposed settlement in this Fair Labor Standards Act ("FLSA") action, ECF No. 20. The Court, having reviewed the joint motion, Settlement Agreement, and exhibits, and in accordance with the FLSA and Second Circuit law, *see*, *e.g*, *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2nd Cir. 2015), concludes that the terms of the Settlement Agreement are fair and reasonable. It should be noted, however, that the Court is not in this endorsement opining specifically on the reasonableness of the rates charged by the attorneys and paralegals representing Plaintiff[s].

Accordingly, **IT IS HEREBY ORDERED** as follows:

1. The parties' Motion for FLSA Settlement Approval is granted;

2. Plaintiff's counsel's request for attorneys' fees in the amount of $5,666.60 is granted;

3. Plaintiff's counsel's request for litigation costs of $1,034.87 is granted; and

4. Under the terms of the Settlement Agreement, this action is dismissed with prejudice.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

Date:  February 1, 2023
       New York, New York

_____
Hon. Katherine Polk Failla
United States District Judge

2